IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN JUNIOUS a/k/a Robert Junious, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-1201 |
| CITY OF PHILADELPHIA *et al.*, | : | |
| | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 17th day of May, 2013, upon consideration of the Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus (Doc. # 3), the government's response thereto, and petitioner's reply, **IT IS HEREBY ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

Because a plain procedural bar is present, no certificate of appealability will issue. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge